**DISMISS; and Opinion Filed July 3, 2018.**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00121-CV

**CYLINA MABON, Appellant**
**V.**
**SAMUEL DONNELL, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00153**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Boatright
Opinion by Justice Boatright

Appellant's brief is overdue. By postcard dated May 31, 2018, we informed appellant the time for filing her brief had expired. We directed her to file, within ten days, both her brief and an extension motion that complied with Texas Rule of Appellate Procedure 10.5(b). We cautioned her that the appeal would be dismissed if the brief and motion were not timely filed. TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or an extension motion and has not otherwise corresponded with the Court. Accordingly, we dismiss the appeal. *Id.* 38.8(a)(1), 42.3(b),(c).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

180121F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

CYLINA MABON, Appellant

No. 05-18-00121-CV      V.

SAMUEL DONNELL, Appellee

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-18-00153.
Opinion delivered by Justice Boatright,
Justices Bridges and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 3rd day of July, 2018.